IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SWIVELPOLE GROUP (USA) LLC<br><br>Plaintiff,<br><br>v.<br><br>SWIVELPOLE USA, LTD.; ILS PRODUCTS, LLC; AND ILS MANUFACTURING, LLC<br><br>Defendants. | Civil Action No. 6:13-CV-00315- MHS-JDL<br><br>**DEMAND FOR JURY TRIAL** |

SWIVELPOLE GROUP (USA) LLC'S CORPORATE DISCLOSURE STATEMENT

Plaintiff Swivelpole Group (USA) LLC, through its counsel and pursuant to Fed. R. Civ. P. 7.1, states that its sole member is Swivelpole Group Holdings (USA) LLC. No publicly-held corporation owns 10% or more of its stock.

April 10, 2013

Respectfully submitted,

By : */s/ Paul R. Morico*
Paul R. Morico
Texas Bar No. 00792053
paul.morico@bakerbotts.com
Danny David
Texas Bar No. 24028267
danny.david@bakerbotts.com
Lisa Kelly
Texas Bar No. 24041659
lisa.kelly@bakerbotts.com
Thomas Rooney
Texas Bar No. 24065996
thomas.rooney@bakerbotts.com
M. Natalie Alfaro

-2-

Texas Bar No. 24069286
natalie.alfaro@bakerbotts.com

BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
Telephone: 713.229.1732
Facsimile:  713.229.7732

ATTORNEYS FOR
PLAINTIFF SWIVELPOLE GROUP (USA) LLC